Peter Kristofer Strojnik, State Bar No. 242728
strojnik@skplaw.com
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile: (602) 773-0370

Attorneys for Plaintiff THERESA BROOKE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>Rittersbacher Sunset, LLC<br>            Defendant. | Case No: 2:17-cv-1125<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

   NOTICE IS HEREBY GIVEN that Plaintiff Theresa Brooke dismisses the above action with prejudice.

   RESPECTFULLY SUBMITTED this 26th day of April, 2017.

**THE STROJNIK FIRM L.L.C.**

Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff THERESA BROOKE